**CGFD28** (9/19/08)



ORDERED in the Southern District of Florida on August 27, 2013

**Laurel M Isicoff**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 10−44296−LMI**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Jeffrey Siglar
1151 6 No Liberty Avenue
Homestead, Fl 33034

SSN: xxx−xx−2675

## FINAL DECREE

The trustee, Marcia T Dunn, having filed a final report that the estate has been fully administered, is discharged and the case is closed.